```
1   Christopher A. Ferguson , Esq.  (IN #27833-49)
       (admitted Pro Hac Vice)
2   Schuckit & Associates, P.C.
    4545 Northwestern Drive
3   Zionsville, IN  46077
    Telephone:  317-363-2400
4   Fax:  317-363-2257
    E-Mail:  cferguson@schuckitlaw.com
5
    Lead Counsel for Defendant Trans Union, LLC
6

7   David Streza, Esq. (CSB #209353)
    Vogl Meredith Burke LLP
8   456 Montgomery Street, 20th Floor
    San Francisco, CA  94104
9   Telephone:  415-398-0200
    Fax:  415-398-2820
10  E-Mail:  dstreza@vmbllp.com

11  Counsel for Defendant Trans Union, LLC
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| LILLIE JACKSON, | ) CASE NO. 5:17-cv-05419-LHK |
|---|---|
| Plaintiff, | ) |
| | ) |
| vs. | ) **JOINT NOTICE OF** |
| | ) **SETTLEMENT BETWEEN** |
| EQUIFAX, INC.; TRANSUNION, LLC; ERC; | ) **PLAINTIFF AND TRANS UNION,** |
| CITIBANK, N.A.; and DOES 1 THROUGH 100 | ) **LLC, ONLY** |
| INCLUSIVE; | ) |
| Defendants. | ) |

Plaintiff, Lillie Jackson, by counsel, and Defendant, Trans Union, LLC ("Trans Union"), by counsel, hereby inform this Court that Plaintiff and Trans Union have reached a settlement as to all matters raised by Plaintiff against Trans Union only in this action.  Accordingly, Trans Union does not intend to participate in the Pretrial Conference, currently scheduled for January 10, 2018, unless directed to do so by the Court.  Plaintiff and Trans Union will file a Stipulation And [Proposed] Order Of Dismissal With Prejudice shortly, once the settlement is consummated.

**JOINT NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND TRANS UNION, LLC, ONLY – CASE NO. 5:17-CV-05419-LHK**

|     |     |
| --- | --- |
|     | Respectfully submitted, |
| Date: January 8, 2018 | s/ *Elliot W. Gale* (*with consent*)<br>Elliot W. Gale, Esq.<br>Sagaria Law, P.C.<br>2033 Gateway Place, 5th Floor<br>San Jose, CA  95110<br><br>*Counsel for Plaintiff, Lillie Jackson* |
| Date: January 8, 2018 | s/ *Christopher A. Ferguson*<br>Christopher A. Ferguson, Esq.  (IN #27833-49)<br>  (admitted *Pro Hac Vice*)<br>Schuckit & Associates, P.C.<br>4545 Northwestern Drive<br>Zionsville, IN  46077<br>Telephone:  317-363-2400<br>Fax:  317-363-2257<br>E-Mail:  cferguson@schuckitlaw.com<br><br>*Lead Counsel for Defendant, Trans Union, LLC*<br><br>David Streza, Esq. (CSB #209353)<br>Vogl Meredith Burke LLP<br>456 Montgomery Street, 20th Floor<br>San Francisco, CA  94104<br>Telephone:  415-398-0200<br>Fax:  415-398-2820<br>E-Mail:  dstreza@vmbllp.com<br><br>*Local Counsel for Defendant, Trans Union, LLC* |

**JOINT NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND TRANS UNION, LLC, ONLY –   CASE NO. 5:17-CV-05419-LHK**