UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LILLIE JACKSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TRANSUNION, LLC, et al.,<br><br>　　　　　Defendants. | Case No. 17-CV-05419-LHK<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE OF DEFENDANTS TRANSUNION, LLC, ENHANCED RECOVERY CORPORATION, LLC, AND CITIBANK, N.A.** |

At the January 10, 2018 case management conference, Plaintiff moved to dismiss Defendants TransUnion, LLC, Enhanced Recovery Corporation, LLC, and Citibank, N.A. with prejudice. The Court GRANTS Plaintiff's motion. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: January 10, 2018

　　　　　　　　　　　　　　　　　　　*Lucy H. Koh*
　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　United States District Judge

1

Case No. 17-CV-05419-LHK
ORDER GRANTING DISMISSAL WITH PREJUDICE OF DEFENDANTS TRANSUNION, LLC, ENHANCED RECOVERY CORPORATION, LLC, AND CITIBANK, N.A.